# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

| | |
|---|---|
| MICHAEL ALAN COMPSTON, | )<br>) |
| Plaintiff, | )    No. C07-3088 EJM<br>) |
| vs. | )    ORDER<br>) |
| CORNELL SMITH, DENNIS MOENCH, FORT DODGE CORRECTIONAL FACILITY ASSISTANT WARDEN, and FORT DODGE CORRECTIONAL FACILITY SECURITY DIRECTOR, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | |

This matter is before the court on plaintiff's Application to Proceed in Forma Pauperis, and Motion for Appointment of Counsel, filed December 27, 2007. Granted.

Based on the application and certificate of inmate account, in forma pauperis status shall be granted. 28 USC §1915. The Clerk of Court shall be directed to file the complaint without prepayment of the filing fee. Given his current financial status, plaintiff shall be required to submit an initial partial filing fee of $27.37, and shall thereafter submit monthly payments of 20 percent of the preceding month's income credited to his inmate account until the $350.00 filing fee is paid. 28 USC §1915(b)(1)(B). The agency having custody of the plaintiff shall forward payments from his inmate account to the Clerk of Court each time the amount in the account exceeds $10 until the filing fee is paid. 28 USC §1915(b)(2).

Plaintiff, presently confined in the Newton Correctional Facility in Newton, Iowa, brings this action pursuant to 42 USC §1983 to redress the alleged deprivation of his constitutional rights. The court has jurisdiction pursuant to 28 USC §1331.

Plaintiff asserts that he was sexually assaulted on several occasions by defendant Moench, then a prison employee. Plaintiff seeks the appointment of counsel, and that appears appropriate. He has attached a letter from Mr. Jeffrey Lipman, who indicated he would represent plaintiff in this matter if appointed by the court. Jeffrey Lipman shall be appointed, and shall be given the opportunity to file an amended complaint after reviewing this matter.

It is therefore

ORDERED

1. Application to Proceed in Forma Pauperis granted. Plaintiff shall submit a partial filing fee of $27.37, and shall thereafter submit monthly payments of 20 percent of the preceding month's income credited to his account until the $350.00 filing fee is paid.

2. The agency having custody of plaintiff is directed to forward payments from his inmate account to the Clerk of Court (including the above referenced partial filing fee) each time the amount in the account exceeds $10 until the filing fee is paid.

3. Motion for Appointment of Counsel granted. Mr. Jeffrey Lipman of the Lipman Law Firm, 8450 Hickman Road, Clive, Iowa, is appointed to represent plaintiff, with fees to be paid from the court's Library Fund.

4. Plaintiff shall have until March 10, 2008, within which to file any amended complaint.

February 12, 2008.

_____
Edward J. McManus, Judge
UNITED STATES DISTRICT COURT

**C 07-3088 EJM**

**TO:**  **WARDEN/ADMINISTRATOR**
Newton Correctional Facility
Newton, Iowa 50208-0218

**NOTICE OF COLLECTION OF FILING FEE**

You are hereby given notice that Michael Alan Compston, #6580454, an inmate at your facility, filed the following lawsuit in the United States District Court for the Northern District of Iowa: *Compston v. Fort Dodge Correctional Facility*, Case No. C07-3088-EJM. The inmate was granted in forma pauperis status pursuant to 28 U.S.C. § 1915(b), which requires partial payments of the $350.00 filing fee. Plaintiff has been assessed an immediate partial filing fee of $27.37, which you shall forward to the Clerk of Court in accordance with the court's order of February 1, 2008. 28 U.S.C. § 1915(b)(1). Additionally,

> . . . [the plaintiff] shall be required to make monthly payments of 20 percent of the preceding month's income credited to [his] account. The agency having custody of the [plaintiff] shall forward payments from [his] account to the clerk of court each time the amount in the account exceeds $10 until the filing fees are paid.

28 U.S.C. § 1915(b)(2).

You must monitor the account and send payments to the Clerk of Court according to the system provided in 28 U.S.C. § 1915(b)(2).
Please make the appropriate arrangements to have these fees deducted and sent to the court as instructed.

**By:** _____
Robert Phelps
U.S. District Court Clerk
Northern District of Iowa